IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, Pro se<br>　　　Plaintiff,<br><br>vs.<br><br>**CALIFORNIA CIVIL RIGHTS DEPARTMENT,**<br><br>**Rosaline Madrigal**, in her individual and official capacity,<br><br>**Marie Daly,** in her individual and official capacities;<br><br>**DOES** 1 through 10, inclusive,<br><br>　　　Defendants. | Civil Action No: 2:25-cv-02425-TLN-SCR<br><br>[PUBLIC VERSION]<br><br>LETTER TO THE CLERK |

**Date: December 2, 2025**

Clerk of Court
United States District Court
ROBERT T. MATSUI FEDERAL COURTHOUSE
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814

Please return a conformed copy via email to cacrdsettlement@gmail.com

**Re: Jane Doe v. California Civil Rights Department, et al.**

Case No. 2:25-cv-02425-TLN-SCR

**Renewed Notice of Change of Address & Motion to File Under Seal**

Dear Clerk of the Court:

Please find enclosed the following documents for filing in the above-captioned matter:

1. **Renewed Motion to File Notice of Change of Address Under Seal** (with Certificate of Service)

2. **Sealed Notice of Change of Address** (with Certificate of Service)
3. **Enclosed please find a sealed filing titled 'Supplemental Statement Regarding Payment Options,'** submitted pursuant to the Court's order regarding payment of the filing fee and Plaintiff's existing Motion to Proceed In Forma Pauperis.

As referenced in the enclosed Motion, this is a renewed submission. I previously submitted a Notice of Change of Address, which was acknowledged in telephone communications with Court personnel, but it does not appear on the docket and the Court's orders have been returned undelivered.

The renewed notice corrects that issue and is being filed under seal to protect personally identifiable information, consistent with Local Rule 141 and the Court's prior recognition of the pseudonymous nature of this case.

Please ensure that the enclosed materials are appropriately docketed and that all future correspondence and orders are directed to the sealed updated address.

Thank you for your attention to this matter.

Respectfully submitted,

_____

**Jane Doe (Proceeding Under Pseudonym)**, Plaintiff Pro Se