UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CIVIL RIGHTS DEPARTMENT, et al.,<br><br>    Defendants. | No. 2:25-cv-02425-TLN-SCR<br><br><br>**ORDER** |

Plaintiff Jane Doe ("Plaintiff") is proceeding *pro se* in this matter, which was referred to the magistrate judge pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

On February 23, 2026, the magistrate judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  (ECF No. 16.)  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 23, 2026 (ECF No. 16), are ADOPTED IN FULL;

2.  The Court dismisses the Complaint and this action without prejudice;

1

3.  The motion for temporary restraining order (ECF No. 5) is DENIED as moot; and

4.  The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

Date: April 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE